1

2 AARON D. FORD
   Attorney General
3 D. RANDALL GILMER, Bar No. 14001
   Chief Deputy Attorney General
4 DOUGLAS R. RANDS, Bar No. 3572
   Senior Deputy Attorney General
5 LEO T. HENDGES, Bar No. 16034
   Deputy Attorney General
6 State of Nevada
   Public Safety Division
7 100 N. Carson Street
   Carson City, NV 89701-4717
8 Tel:  (775) 684-1150
   E-mail:   drands@ag.nv.gov
9             dgilmer@ag.nv.gov
              lhendges@ag.nv.gov

10                    **UNITED STATES DISTRICT COURT**

11                           **DISTRICT OF NEVADA**

12

13 Rickie Hill,                                     Case No. 2:20-cv-00684-APG-NJK

14                        Plaintiff,          **STIPULATION AND ORDER FOR**
                                              **DISMISSAL WITH PREJUDICE**
15 v.

16 Douglas R. Rands; Aaron Ford,

17                        Defendants.

18

19                                                Case No. 2:20-cv-01569-RFB-NJK

20 Rickie Hill,
                                              **STIPULATION AND ORDER FOR**
21                        Plaintiff,          **DISMISSAL WITH PREJUDICE**

22 v.

23 Ruiz; Leong; C. Shepard,

24                        Defendants.

25

26

27

28

                                       1

1

2    Rickie Hill,

3                                  Plaintiff,

4    v.

5    Brandon Marcano; Ruiz,

6                                  Defendants.

7

Case No. 2:20-cv-01608-KJD-EJY

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

8

9    Rickie Hill,

10                                 Plaintiff,

11   v.

12   Harper,

13                                 Defendant.

14

Case No. 2:20-cv-01655-KJD-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

15

16   Rickie Hill,

17                                 Plaintiff,

18   v.

19   Brandon Marcano; Dwayne Matos; Alexander Deyro; Eric Allen,

20

21                                 Defendants.

22

Case No. 2:20-cv-01686-JAD-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

23

24

25

26

27

28

2

| | |
|---|---|
| Rickie Hill,<br><br>                                    Plaintiff,<br><br>v.<br><br>Spry; Calvin Johnson; E.A. Thompson; Jesus Ruiz; Torres; Piccinini,<br><br>                                    Defendants. | Case No. 2:20-cv-01687-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>                                    Plaintiff,<br><br>v.<br><br>Marciano; Wuest,<br><br>                                    Defendants. | Case No. 2:20-cv-01717-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>                                    Plaintiff,<br><br>v.<br><br>C. Carmona; Jesus Ruiz,<br><br>                                    Defendants. | Case No. 2:20-cv-01807-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Rickie Hill,

                  Plaintiff,

v.

Darrell Christian; Marilyn Villatoro; Frank Lopez; Joe Alvarez-Perez; Homer Palalay; Ellsworth Thompson; Dwayne Matos; Jesus Ruiz; Matthew Leong; Calvin Johnson,

                  Defendants.

Rickie Hill,

                  Plaintiff,

v.

Daniel Rhude; Jesus Ruiz,

                  Defendants.

Rickie Hill,

                  Plaintiff,

v.

D. Rodriguez, Jr.,

                  Defendant.

Case No. 2:20-cv-01822-RFB-VCF

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Case No. 2:20-cv-01868-JAD-VCF

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Case No. 2:20-cv-02361-JAD-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

4

Case No. 2:21-cv-00145-GMN-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

1

2    Rickie Hill,

3                              Plaintiff,

4    v.

5    Juan Lima,

6                              Defendant.

7

8                                                    Case No. 2:21-cv-00240-RFB-DJA

9    Rickie Hill,                                    **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

10                             Plaintiff,

11   v.

12   D. Striplin; Allen; Frank Lopez,

13                             Defendants.

14

15                                                   Case No. 2:21-cv-00997-RFB-DJA

16   Rickie Hill,                                    **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

17                             Plaintiff,

18   v.

19   Jackson; Nakatani,

20                             Defendants.

21

22

23

24

25

26

27

28

5

Case No. 2:21-cv-01002-GMN-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

               Plaintiff,

v.

Concepcion Rojastro,

               Defendant.

---

Case No. 2:21-cv-01020-GMN-NJK

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

               Plaintiff,

v.

Amirkhani,

               Defendant.

---

Case No. 2:21-cv-01027-GMN-NJK

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

               Plaintiff,

v.

Jarret Vandine,

               Defendant.

Rickie Hill,

                    Plaintiff,

v.

William Gittere,

                    Defendant.

Case No. 2:21-cv-01061-RFB-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

                    Plaintiff,

v.

Tasheena Sandoval,

                    Defendant.

Case No. 2:21-cv-01103-GMN-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

                    Plaintiff,

v.

Lundgren,

                    Defendant.

Case No. 2:21-cv-01361-APG-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

7

1

2    Rickie Hill,

3                         Plaintiff,

4    v.

5    T. Struck; J. Ruiz; E. Thompson,

6                        Defendants.

7

8

9    Rickie Hill,

10                       Plaintiff,

11    v.

12    J. Pope; Carter; R. Lopez; Valdez,

13                       Defendants.

14

15

16    Rickie Hill,

17                       Plaintiff,

18    v.

19    Keith McKeehan,

20                       Defendant.

21

22

23

24

25

26

27

28

---

Case No. 2:21-cv-01362-APG-VCF

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Case No. 2:21-cv-01371-APG-EJY

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Case No. 2:21-cv-01375-GMN-VCF

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

8

| | |
|---|---|
| 1 | Case No. 2:21-cv-01516-APG-DJA |
| 2 | Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | Hernandez; A. Flores; Ronald Oliver, |
| 6 | Defendants. |
| 7 | |
| 8 | Case No. 2:21-cv-01677-APG-BNW |
| 9 | Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 10 | Plaintiff, |
| 11 | v. |
| 12 | Array, Matos; A. Kaura, |
| 13 | Defendants. |
| 14 | |
| 15 | Case No. 2:21-cv-01679-JAD-DJA |
| 16 | Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 17 | Plaintiff, |
| 18 | v. |
| 19 | Nichols; Prevost; Collins, |
| 20 | Defendants. |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Case No. 2:21-cv-01698-APG-BNW |
| 2    Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 3                 Plaintiff, | |
| 4    v. | |
| 5    Pryten, | |
| 6                 Defendant. | |
| 7 | |
| 8 | Case No. 2:21-cv-01700-RFB-BNW |
| 9    Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 10                 Plaintiff, | |
| 11    v. | |
| 12    R. Meyers; T. Johnson, | |
| 13                 Defendants. | |
| 14 | |
| 15 | Case No. 2:21-cv-01741-JAD-EJY |
| 16    Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 17                 Plaintiff, | |
| 18    v. | |
| 19    Deborah Striplin; Marilyn Villatoro; B. | |
| 20    Yeats, | |
| 21                 Defendants. | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

10

| | |
|---|---|
| 1 | |
| 2 | Rickie Hill, |
| 3 |         Plaintiff, |
| 4 | v. |
| 5 | Michael Stewart; G. Santos; Avila, |
| 6 |         Defendants. |
| 7 | |

Case No. 2:21-cv-01760-JAD-EJY

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

        Plaintiff,

v.

Brooks,

        Defendant.

Case No. 2:21-cv-01821-GMN-NJK

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

        Plaintiff,

v.

Des Williams,

        Defendant.

Case No. 2:21-cv-01878-GMN-NJK

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

11

| | |
|---|---|
| 1 | Case No. 2:21-cv-01888-GMN-NJK |
| 2 | Rickie Hill, |
| | **STIPULATION AND ORDER FOR** |
| 3 | Plaintiff, **DISMISSAL WITH PREJUDICE** |
| 4 | v. |
| 5 | Whittaker, |
| 6 | Defendant. |
| 7 | |
| 8 | Case No. 2:21-cv-01922-RFB-DJA |
| 9 | Rickie Hill, |
| | **STIPULATION AND ORDER FOR** |
| 10 | Plaintiff, **DISMISSAL WITH PREJUDICE** |
| 11 | v. |
| 12 | A. Lima, |
| 13 | Defendant. |
| 14 | |
| 15 | Case No. 2:21-cv-01924-APG-VCF |
| 16 | Rickie Hill, |
| | **STIPULATION AND ORDER FOR** |
| 17 | Plaintiff, **DISMISSAL WITH PREJUDICE** |
| 18 | v. |
| 19 | T. Johnson; R. Meyers; Morenago, |
| 20 | Defendants. |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

12

| | |
|---|---|
| 1 | |
| 2 | Rickie Hill, |
| 3 |                    Plaintiff, |
| 4 | v. |
| 5 | Jason Rutledge, |
| 6 |                    Defendant. |

Case No. 3:20-cv-00495-ART-CSD

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Case No. 3:20-cv-00548-RFB-CSD

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

       Plaintiff,

v.

Roop; Oliver; Jesus Ruiz,

       Defendants.

IT IS HEREBY STIPULATED by and through the parties, RICKY LEE HILL, and D. Randall Gilmer, Chief Deputy Attorney General, Douglas R. Rands, Senior Deputy Attorney General, and Leo T. Hendges, Deputy Attorney General, on behalf of Defendants in each of the above-referenced cases, all of whom are current or former employees of the Nevada Department of Corrections or, in one instance, an employee of the Office of the Attorney General, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that each of case numbers referenced above and attached as Exhibit A hereto, shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

13

1    The Parties, by mutual agreement, have resolved this matter in its entirety and agree that the

2 Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered

3 moot.

4    DATED this 14th of December, 2022.          DATED this 14th Day of December, 2022.

5                                                AARON D. FORD
                                                 Attorney General
6

7

8    By: _____               By: /s/ D. Randall Gilmer on behalf of _____
       Ricky Lee Hill, Plaintiff                     D. Randall Gilmer, NV Bar No. 14001
9      In Pro Per                                    Chief Deputy Attorney General
                                                     Douglas R. Rands, NV Bar No. 3572
10                                                   Senior Deputy Attorney General
                                                     Leo T. Hendges, NV Bar No. 16034
11                                                   Deputy Attorney General
                                                     Attorneys for Defendants
12

13

14                              **ORDER**

15    **IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is

16 directed to close the case.

      **IT IS FURTHER ORDERED** that the Motion/Application for Leave to Proceed in
17 forma pauperis, ECF No. 1, Case No. 2:20-cv-1807-GMN-DJA, is **DENIED as moot.**

18
      Dated this __20__ day of December, 2022.
19

20

21                                               _____
                                                 Gloria M. Navarro, District Judge
22                                               UNITED STATES DISTRICT COURT

23

24

25

26

27

28

                                    14

Index of Exhibits

| Exhibit A | List of cases filed by Rickie Hill |
|-----------|------------------------------------|

Exhibit A – List of cases filed by Rickie Hill

| Case Number | Defendants | Attorney General Served? |
|---|---|---|
| 2:20-cv-00684-APG-NJK | Douglas R. Rands; Aaron Ford | Yes |
| 2:20-cv-01569-RFB-NJK | Ruiz; Leong; C. Shepard | No |
| 2:20-cv-01608-KJD-EJY | Brandon Marcano; Ruiz | Yes |
| 2:20-cv-01655-KJD-DJA | Harper | Yes |
| 2:20-cv-01686-JAD-DJA | Brandon Marcano; Dwayne Matos; Alexander Deyro; Eric Allen | Yes |
| 2:20-cv-01687-RFB-EJY | Spry; Calvin Johnson; E.A. Thompson; | No |
| 2:20-cv-01717-JAD-DJA | Marciano; Wuest | Yes |
| 2:20-cv-01807-GMN-DJA | C. Carmona; Jesus Ruiz | Yes |
| 2:20-cv-01822-RFB-VCF | Darrell Christian; Marilyn Villatoro; Frank Lopez; Joe Alvarez-Perez; Homer Palalay; Ellsworth Thompson; Dwayne Matos; Jesus Ruiz; Matthew Leong; Calvin Johnson | Yes |
| 2:20-cv-01868-JAD-VCF | Daniel Rhude; Jesus Ruiz | Yes |
| 2:20-cv-02361-JAD-DJA | D. Rodriguez, Jr. | Yes |
| 2:21-cv-00145-GMN-DJA | Juan Lima/Alan Lima | Yes |
| 2:21-cv-00240-RFB-DJA | D. Striplin; Allen; Frank Lopez | No |
| 2:21-cv-00997-RFB-DJA | Jackson; Nakatani | No |
| 2:21-cv-01002-GMN-DJA | Concepcion Rojastro | Yes |
| 2:21-cv-01020-GMN-NJK | Amirkhani | No |
| 2:21-cv-01027-GMN-NJK | Jarret Vandine | Yes |
| 2:21-cv-01061-RFB-DJA | William Gittere | No |
| 2:21-cv-01103-GMN-DJA | Tasheena Sandoval | No |
| 2:21-cv-01361-APG-DJA | Lundgren | Yes |
| 2:21-cv-01362-APG-VCF | T. Struck; J. Ruiz ; E. Thompson | No |
| 2:21-cv-01371-APG-EJY | J. Pope; Carter; R. Lopez; Valdez | Yes |
| 2:21-cv-01375-GMN-VCF | Keith McKeehan | No |
| 2:21-cv-01516-APG-DJA | Hernandez; A. Flores; Ronald Oliver | No |
| 2:21-cv-01677-APG-BNW | Array; Matos; A. Kaura | Yes |
| 2:21-cv-01679-JAD-DJA | Nichols; Prevost; Collins | No |
| 2:21-cv-01698-APG-BNW | Pryten | No |
| 2:21-cv-01700-RFB-BNW | R. Meyers; T. Johnson | No |
| 2:21-cv-01741-JAD-EJY | Deborah Striplin; Marilyn Villatoro; B. Yeats | No |
| 2:21-cv-01760-JAD-EJY | Michael Stewart; G. Santos; Avila | Yes |
| 2:21-cv-01821-GMN-NJK | Brooks | No |
| 2:21-cv-01878-GMN-NJK | Des Williams | Yes |
| 2:21-cv-01888-GMN-NJK | Whittaker | No |
| 2:21-cv-01922-RFB-DJA | Hernandez; A. Flores; Ronald Oliver | Yes |
| 2:21-cv-01924-APG-VCF | T. Johnson; R. Meyers; Morenago | Yes |
| 3:20-cv-00495- ART -CSD | Jason Rutledge | Yes |
| 3:20-cv-00548-RFB-CSD | Roop; Oliver; Jesus Ruiz | No |

1

**CERTIFICATE OF SERVICE**

2          I certify that I am an employee of the Office of the Attorney General, State of Nevada, and

3     that on this 20th day of December, 2022, I caused to be served, a true and correct copy of the

4     foregoing, **STIPULATION FOR DISMISSAL WITH PREJUDICE**, by U.S. District Court

5     CM/ECF Electronic Filing on the following:

6     Rickie Hill #87052
      Ely State Prison
7     P.O. Box 1989
      Ely, NV 89301

8

9                                                   /s/ Roberta W. Bibee
                                                    An employee of the
10                                                  Office of the Attorney General

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28